AUBURN BUTTON COMPANY, Respondent, *v.* PHILIP L. SYLVESTER, Impleaded, etc., Appellant.

Reported below, 72 Hun, 498.
(Argued October 16, 1895; decided November 1, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 3, 1893, which reversed a judgment in favor of defendant dismissing plaintiff's complaint upon the merits, entered upon a decision of the court on trial at Special Term and granted a new trial.

*E. C. Aiken* for appellant.

*W. E. Hughitt* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.